FRANK E. MAYO (SB#42962)
Attorney at Law
480 San Antonio Rd., Suite 230
Mountain View, CA 94040

(650) 964-8901

Attorney for Plaintiff
Jean-Marie Julian

**FILED**

SEP - 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-MARIE JULIAN, | CASE NO. C-05-02221 BDL MHP |
| Plaintiff, | STIPULATED DISMISSAL |
| vs. | |
| KFORCE INC., dba KFORCE, PROFESSIONAL STAFFING, a California Corporation, and DOES 1-50, Inclusive, | |
| Defendants. | |

COMES NOW Plaintiff and Defendant, by and through their designated counsel, and Stipulate that the above captioned matter be and hereby dismissed with prejudice and each party bear their respective costs.

Dated: August 18, 2005

_____
Frank E. Mayo, Attorney for Plaintiff

STIPULATED DISMISSAL                        1

| | | |
|---|---|---|
| 1 | | LITTLER MENDELSON |
| 2 | Dated: August 25, 2005 | /s/ Jody Wilson |
| 3 | | Jody Wilson Attorney for Defendant KFORCE, INC. |

8/31/05

IT IS SO ORDERED.

U.S. DISTRICT JUDGE

STIPULATED DISMISSAL                              2